**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
STANG LOGISTICS, INC.

|  |
|---|
| CHAPTER 7 CASE |
| CASE NO. 07B-08981 BWB |
| JUDGE BRUCE W. BLACK |

Debtor(s)

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 05/17/07. The Trustee was appointed on 05/17/07. An order for relief under Chapter 7 was entered on 05/17/07.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 4/16/08 is as follows:

      a. RECEIPTS (See Exhibit C)              $_____3,617.21

|   |   |   |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 3.78 |
| c. NET CASH available for distribution | $ | 3,613.43 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 600.00 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 2,371.28 |

5.     The Bar Date for filing unsecured claims expired on 11/05/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,146.28 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 41,115.04 |

7.     Trustee proposes that unsecured creditors receive a distribution of 3.57% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$2,371.28.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$3,275.58. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.     A fee of $3,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated: 4/16/08                              RESPECTFULLY SUBMITTED,


                                            By:/s/Thomas B. Sullivan
                                               THOMAS B. SULLIVAN, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

### TRUSTEE TASKS

The Trustee conducted a first meeting of creditors on June 21, 2007.  The meeting was continued to July 26, 2007.  While reviewing Schedule B the Trustee took notice in a bank account and two trailers that may have equity in them.  The Trustee promptly obtained the balance of the bank account.

On July 10, 2007 a motion to employ counsel on behalf of the Trustee was filed and the order was entered on July 20, 2007.

The Trustee filed an asset notice and a bar date was set for November 5, 2007.

Trustee's counsel prepared a motion to employ an auctioneer to sell the trailers at auction.  The order was entered on October 19, 2007.  On December 4, 2007 a motion was prepared to sell the trailers free and clear of liens with the liens to attach to proceeds of the sale.  The order was entered on January 4, 2008.

The Trailers were located at two separate facilities with repair and storage liens attaching to them.  The Trustee and trustee's counsel attempted to sell the trailers but were unable to get the liens released or reduced.  An motion to abandon the trailers was prepared and filed on

March 24, 20008.  The order abandoning the trailers will be entered on May 2, 2008.

Claims were examined and the attorney for Minnstar/West Bay Leasing was contacted regarding claim number four filed as a secured claim.   The attorney for the creditor promptly signed a withdrawal of the claim on April 3, 2008 and Trustee's counsel filed the withdrawal form electronically.

A final report was prepared.

9 HOURS @ $475.00/HOUR = $4,275.00/EXHIBIT A

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                              $_____3,617.21

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                          $_____2,008.16

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                $_____60,874.38

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 07B-08981 BWB | **Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** STANG LOGISTICS, INC. | **Filed (f) or Converted (c):** 05/17/07 (f) |
| | **§341(a) Meeting Date:** 06/21/07 |
| **Period Ending:** 04/16/08 | **Claims Bar Date:** 11/05/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PAYROLL ACCOUNT/GENERAL ACCOUNT | 3,448.00 | 3,448.00 | | 3,603.23 | FA |
| 2 | 2001 FREIGHTLINER 904 CENTURYS | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2001 FREIGHTLINER 909 CENTRY | 20,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2001 FRIGHTLINER 906 MODEL XLD | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | TWO 1998 STOUGHTON 53' DRY VAN TRAILERS | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | OFFICE EQUIPMENT | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 13.98 | Unknown |
| 7 | **Assets**    **Totals** (Excluding unknown values) | **$83,948.00** | **$3,448.00** | | **$3,617.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL TO BE PREPARED

**Initial Projected Date Of Final Report (TFR):** June 30, 2008          **Current Projected Date Of Final Report (TFR):** June 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07B-08981 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | STANG LOGISTICS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 61-1454395 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/16/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/07 | {1} | STANG LOGISTICS INC. | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 100.14 | | 100.14 |
| 07/09/07 | {1} | STANG LOGISTICS INC. | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 3,503.09 | | 3,603.23 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.34 | | 3,604.57 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.98 | | 3,606.55 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.79 | | 3,608.34 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.11 | | 3,610.45 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.87 | | 3,612.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.83 | | 3,614.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 1.65 | | 3,615.80 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #07B-08981, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 3.78 | 3,612.02 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.74 | | 3,612.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.67 | | 3,613.43 |

|  |  | ACCOUNT TOTALS | 3,617.21 | 3.78 | $3,613.43 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | Subtotal | 3,617.21 | 3.78 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $3,617.21 | $3.78 | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07B-08981 BWB |
| Case Name: | STANG LOGISTICS, INC. |
| Taxpayer ID #: | 61-1454395 |
| Period Ending: | 04/16/08 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****63-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 3,617.21 |
| Net Estate : | $3,617.21 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****63-65** | **3,617.21** | **3.78** | **3,613.43** |
| **Checking # ***-*****63-66** | **0.00** | **0.00** | **0.00** |
| | **$3,617.21** | **$3.78** | **$3,613.43** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

STANG LOGISTICS, INC.

                          Debtor(s)

CHAPTER 7 CASE

CASE NO. 07B-08981 BWB

JUDGE BRUCE W. BLACK

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,146.28 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,467.15 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 3,613.43 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $     2,146.28 | 100.00%** |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 600.00 | 600.00 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 1,500.00 | 1,500.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 46.28 | 46.28 |

**         **Trustee & Trustee's counsel reduced fees to allow for higher distribution to creidtors**

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL       $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $          0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     41,115.04 | 3.57% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | BAUER BUILT, INC. | 825.38 | 29.46 |
| 002 | POMPS TIRE | 2,202.94 | 78.61 |
| 003 | ADVENTIST  BUSINESS HEALTH | 126.00 | 4.50 |
| 005 | AMERICAN EXPRESS BANK FSB | 9,684.05 | 345.56 |
| 006 | PREPASS | 693.50 | 24.75 |
| 007 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 20,829.01 | 743.26 |
| 008 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 6,754.16 | 241.01 |
| | TOTAL | $ | 1,467.15 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $            0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL        $            0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $            0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL        $            0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $            0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL        $            0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $            0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL        $            0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $            0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL        $            0.00 | |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 004 | MINNSTAR/WEST BAY LEASING<br>202 NORTH  MAIN<br>BOX 270<br>LAKE CRYSTAL, MN  56055- | $    59,410.89 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____

THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 1,500.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 46.28 | |
| | | | 1,546.28 |
| **Accountant for Trustee** | | | |
| | | | 0.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 1,546.28 | $ 1,546.28 |