**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>STANG LOGISTICS, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-08981 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex
          57 N. Ottawa St., Courtroom 201
          Joliet, Illinois 60432

    on:   **July 18, 2008**
    at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $           3,617.21

    b. Disbursements                             $               3.78

    c. Net Cash Available for Distribution       $           3,613.43

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $600.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Fees) | 0.00 | $1,500.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Expenses) | 0.00 | $46.28 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $41,115.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.57%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | BAUER BUILT, INC. | $ 825.38 | $ 29.46 |
| 002 | POMPS TIRE | $ 2,202.94 | $ 78.61 |
| 003 | ADVENTIST BUSINESS HEALTH | $ 126.00 | $ 4.50 |
| 005 | AMERICAN EXPRESS BANK FSB | $ 9,684.05 | $ 345.56 |
| 006 | PREPASS | $ 693.50 | $ 24.75 |
| 007 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | $ 20,829.01 | $ 743.26 |
| 008 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | $ 6,754.16 | $ 241.01 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by

the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Office equipment, 2001 Freightliner, Two 1998 Stoughton Trailers

Dated: June 4, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: THOMAS B. SULLIVAN, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL  60462

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                    Page 1 of 1                   Date Rcvd: Jun 04, 2008
Case: 07-08981                    Form ID: pdf002                Total Served: 29

The following entities were served by first class mail on Jun 06, 2008.
db          +Stang Logistics, Inc.,    534 Wynbrook Road,     Romeoville, IL 60446-5320
aty         +John A Reed,   John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
11370021     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
11370019    +Adventist Business Health,    911 Elm Street # 215,    Hinsdale, IL 60521-3641
11370020    +American Express,    P.O. Box 297879,    Ft Lauderdale, FL 33336-0001
11568147     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11370022    +Bauer Built,   Highway 25 South,    P.O. Box 248,    Durand, WI 54736-0248
11394732    +Bauer Built, Inc,    Pob 248,   Durand, WI 54736-0248
11370023    +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11370024    +Capital One SBA,    P5-PCLC-02-W,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
11370025    +Covington Detroit Diesel,    80 Cleveland Street,    Nashville, TN 37207-5426
11370026    +DaimlerChrysler,    P.O. Box 2993,    Milwaukee, WI 53201-2993
11628551    +DaimlerChrysler Financial Services Americas LLC,    1011 Warrenville Road Suite 600,
              Lisle, IL 60532-0904
11370027    +Diesel Service Center,    1100 Hostler Drive,    Bolingbrook, IL 60490-3505
11370028    +EZ Pass,    P.O. Box 52002,    Newark, NJ 07101-8202
11370030    +FMS Inc,    P.O. Box 707600,    Tulsa, OK 74170-7600
11370029    +First Equity,    P.O. Box 84075,    Columbus, GA 31908-4075
11370031    +Freeman Tire,    700 Gateway Drive,    Bolingbrook, IL 60440-4401
11370032    +MinnStar/West Bay Leasing,    202 North Main, Box 270,    Lake Crystal, MN 56055-2112
11370033    +Nationwide Credit & Collection, Inc,    4740 N State Rd 7, Suite 108,
              Fort Lauderdale, FL 33319-5839
11370034    +Pomps Tire,    P.O. Box 1630,    Green Bay, WI 54305-1630
11370035    +Prepass,    101 N First Street # 2200,    Phoenix, AZ 85004
11370036    +Safety Group,    960 Rand Road # 108,    Des Plaines, IL 60016-2352
11370037    +Schussler & Kutsulis, Ltd.,    9631 West 153rd St # 35,    Orland Park, IL 60462-3744
11370038    +Sprint LDD Business Bankruptcy,    KSOPHT0101-Z2900,    6391 Sprint Parkway,
              Overland Park, KS 66251-6100
11370039    +Transport Funding,    903 E 104th Street # 170,    Kansas City, MO 64131-3464
11507661    +Village of Bolingbrook,    375 W Briarcliff Road,    Bolingbrook, IL 60440-3829
11370040    +West Bay Leasing,    461 Commerce Street,    Lake Crystal, MN 56055-4589

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2008**               **Signature:** *Joseph Speetjens*