# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07B-08981 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | STANG LOGISTICS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | 61-1454395 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/09/07 | {1} | STANG LOGISTICS INC. | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 100.14 | | 100.14 |
| 07/09/07 | {1} | STANG LOGISTICS INC. | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 3,503.09 | | 3,603.23 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.34 | | 3,604.57 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.98 | | 3,606.55 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.79 | | 3,608.34 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.11 | | 3,610.45 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.87 | | 3,612.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.83 | | 3,614.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.65 | | 3,615.80 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #07B-08981, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 3.78 | 3,612.02 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.74 | | 3,612.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.67 | | 3,613.43 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.50 | | 3,613.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 3,614.40 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.45 | | 3,614.85 |
| 07/17/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.23 | | 3,615.08 |
| 07/17/08 | | To Account #********6366 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 3,615.08 | 0.00 |

Subtotals : $3,618.86 $3,618.86

{} Asset reference(s)

**Form 2**

Page: 2

**Cash Receipts And Disbursements Record**

**Case Number:** 07B-08981 BWB  **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Case Name:** STANG LOGISTICS, INC.  **Bank Name:** JPMORGAN CHASE BANK, N.A.
  **Account:** ***-*****63-65 - Money Market Account
**Taxpayer ID #:** 61-1454395  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 09/11/08  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,618.86 | 3,618.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,615.08 | |
| | | | **Subtotal** | | 3,618.86 | 3.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,618.86** | **$3.78** | |

{} Asset reference(s)  Printed: 09/11/2008 09:52 AM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** | 07B-08981 BWB |
| **Case Name:** | STANG LOGISTICS, INC. |
| **Taxpayer ID #:** | 61-1454395 |
| **Period Ending:** | 09/11/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****63-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/08 | | From Account #********6365 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 3,615.08 | | 3,615.08 |
| 07/18/08 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $600.00, Trustee Compensation;  Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 2100-000 | | 600.00 | 3,015.08 |
| 07/18/08 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $600.00, Trustee Compensation;  Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 2100-000 | | -600.00 | 3,615.08 |
| 07/18/08 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 3110-000 | | 1,500.00 | 2,115.08 |
| 07/18/08 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 3110-000 | | -1,500.00 | 3,615.08 |
| 07/18/08 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $46.28, Attorney for Trustee Expenses (Trustee Firm);  Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET | 3120-000 | | 46.28 | 3,568.80 |

**Subtotals :**   **$3,615.08**   **$46.28**

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07B-08981 BWB
**Case Name:** STANG LOGISTICS, INC.

**Taxpayer ID #:** 61-1454395
**Period Ending:** 09/11/08

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*63-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 07/18/08 | | | | |
| 07/18/08 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $46.28, Attorney for Trustee Expenses (Trustee Firm); Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 3120-000 | | -46.28 | 3,615.08 |
| 07/18/08 | 104 | BAUER BUILT, INC. | Dividend paid 3.57% on $825.38; Claim# 001; Filed: $825.38; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 29.49 | 3,585.59 |
| 07/18/08 | 104 | BAUER BUILT, INC. | Dividend paid 3.57% on $825.38; Claim# 001; Filed: $825.38; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -29.49 | 3,615.08 |
| 07/18/08 | 105 | POMPS TIRE | Dividend paid 3.57% on $2,202.94; Claim# 002; Filed: $2,202.94; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 78.70 | 3,536.38 |
| 07/18/08 | 105 | POMPS TIRE | Dividend paid 3.57% on $2,202.94; Claim# 002; Filed: $2,202.94; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -78.70 | 3,615.08 |

**Subtotals :** $0.00 $-46.28

{} Asset reference(s)

Printed: 09/11/2008 09:52 AM V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07B-08981 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | STANG LOGISTICS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | 61-1454395 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/18/08 | 106 | AMERICAN EXPRESS BANK FSB | Dividend paid   3.57% on $9,684.05; Claim# 005; Filed: $9,684.05; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 345.95 | 3,269.13 |
| 07/18/08 | 106 | AMERICAN EXPRESS BANK FSB | Dividend paid   3.57% on $9,684.05; Claim# 005; Filed: $9,684.05; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -345.95 | 3,615.08 |
| 07/18/08 | 107 | PREPASS | Dividend paid   3.57% on $693.50; Claim# 006; Filed: $693.50; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 24.77 | 3,590.31 |
| 07/18/08 | 107 | PREPASS | Dividend paid   3.57% on $693.50; Claim# 006; Filed: $693.50; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -24.77 | 3,615.08 |
| 07/18/08 | 108 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Dividend paid   3.57% on $20,829.01; Claim# 007; Filed: $20,829.01; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 744.10 | 2,870.98 |
| 07/18/08 | 108 | DAIMLER CHRYSLER FINANCIAL | Dividend paid   3.57% on $20,829.01; Claim# | 7100-000 | | -744.10 | 3,615.08 |

Subtotals :     $0.00     $0.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 07B-08981 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | STANG LOGISTICS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | 61-1454395 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | SERVICES AMERICAS LLC | 007; Filed: $20,829.01; Reference: ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | | | | |
| 07/18/08 | 109 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Dividend paid   3.57% on $6,754.16; Claim# 008; Filed: $6,754.16; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 241.29 | 3,373.79 |
| 07/18/08 | 109 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Dividend paid   3.57% on $6,754.16; Claim# 008; Filed: $6,754.16; Reference:  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -241.29 | 3,615.08 |
| 07/18/08 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided on 07/18/08 | 7100-000 | | 4.50 | 3,610.58 |
| 07/18/08 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  ATTORNEY DID NOT RECEIVE STAMPED ORDER/MUST AWAIT COPY ON DOCKET<br>Voided: check issued on 07/18/08 | 7100-000 | | -4.50 | 3,615.08 |
| 07/24/08 | 111 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $600.00, Trustee Compensation;  Reference: Re-issued | 2100-000 | | 600.00 | 3,015.08 |
| 07/24/08 | 112 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,500.00 | 1,515.08 |

Subtotals :   $0.00   $2,100.00

{} Asset reference(s)

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 07B-08981 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | STANG LOGISTICS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-66 - Checking Account |
| Taxpayer ID #: | 61-1454395 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Re-issued | | | | |
| 07/24/08 | 113 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $46.28, Attorney for Trustee Expenses (Trustee Firm);  Reference: Re-issued | 3120-000 | | 46.28 | 1,468.80 |
| 07/24/08 | 114 | BAUER BUILT, INC. | Dividend paid   3.57% on $825.38; Claim# 001; Filed: $825.38; Reference: Re-issued | 7100-000 | | 29.49 | 1,439.31 |
| 07/24/08 | 115 | POMPS TIRE | Dividend paid   3.57% on $2,202.94; Claim# 002; Filed: $2,202.94; Reference: Re-issued | 7100-000 | | 78.70 | 1,360.61 |
| 07/24/08 | 116 | AMERICAN EXPRESS BANK FSB | Dividend paid   3.57% on $9,684.05; Claim# 005; Filed: $9,684.05; Reference: Re-issued | 7100-000 | | 345.95 | 1,014.66 |
| 07/24/08 | 117 | PREPASS | Dividend paid   3.57% on $693.50; Claim# 006; Filed: $693.50; Reference: Re-issued | 7100-000 | | 24.77 | 989.89 |
| 07/24/08 | 118 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Dividend paid   3.57% on $20,829.01; Claim# 007; Filed: $20,829.01; Reference: Re-issued | 7100-000 | | 744.10 | 245.79 |
| 07/24/08 | 119 | DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC | Dividend paid   3.57% on $6,754.16; Claim# 008; Filed: $6,754.16; Reference: Re-issued | 7100-000 | | 241.29 | 4.50 |
| 07/24/08 | 120 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued | 7100-000 | | 4.50 | 0.00 |

Subtotals :    $0.00    $1,515.08

{} Asset reference(s)    Printed: 09/11/2008 09:52 AM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 07B-08981 BWB  
**Case Name:** STANG LOGISTICS, INC.

**Taxpayer ID #:** 61-1454395  
**Period Ending:** 09/11/08

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,615.08 | 3,615.08 | $0.00 |
| | | | Less: Bank Transfers | | 3,615.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,615.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,615.08** | |

Net Receipts :   3,618.86  
Net Estate :   $3,618.86

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****63-65** | 3,618.86 | 3.78 | 0.00 |
| **Checking # ***-*****63-66** | 0.00 | 3,615.08 | 0.00 |
| | $3,618.86 | $3,618.86 | $0.00 |

{} Asset reference(s)

Printed: 09/11/2008 09:52 AM   V.10.54